*Order ;*
*Motion granted.*
*John Bryant,*
*USMJ*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 105 BONNABROOK DRIVE, SUITE 202, HERMITAGE, TN 37076 | Case No. 09-4001 (JSB) |

## MOTION OF THE GOVERNMENT TO UNSEAL SEARCH WARRANT

The United States of America, by and through its undersigned attorney, hereby moves the Court for the issuance of an order to unseal the Search Warrant issued on March 2, 2009, and the application provided in support thereof, on the basis that there is no further need for the Search Warrant and application to remain sealed.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

BY: s/ William F. Abely
William F. Abely
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone: 615-736-5151