ORDER:
motion granted.

John Bryant,
USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN THE MATTER OF THE SEARCH OF
MONIES, FUNDS, AND FINANCIAL
INSTRUMENTS DEPOSITED OR
CREDITED TO CERTAIN ACCOUNTS OF
REGIONS BANK

Case No. 09-4002 (JSB)

## MOTION OF THE GOVERNMENT TO UNSEAL SEIZURE WARRANT

The United States of America, by and through its undersigned attorney, hereby moves the

Court for the issuance of an order to unseal the Seizure Warrant issued on March 2, 2009, and

the application provided in support thereof, on the basis that there is no further need for the

Search Warrant and application to remain sealed.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

BY: s/ William F. Abely
William F. Abely
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone: 615-736-5151